## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CB9-SMB |
| | ) | Violation Number 6224252 NE6 |
| vs. | ) | |
| | ) | |
| LAUREN A. SCHMOKE, | ) | **O R D E R** |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed without prejudice.

ORDERED this 30th day of October, 2017.

BY THE COURT:


s/ Susan M. Bazis
United States Magistrate Judge